UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED

NOV 19 2009

AT 8:30 _____M
WILLIAM T. WALSH
CLERK

JOSEPH DESLONDE

 Plaintiff,

vs.

STATE OF NEW JERSEY, DONNA BALICK, ROBERT GROVER, DENNIS NIEVES, NICOLE ALBERT, MICHELE LIBRADO, LOUIS MANGIONE

 Defendants.

: CIVIL ACTION
:
: Case No. 09-3446

## ORDER

AND NOW, this _18_ day of _Nov_, 2009, upon consideration of Defendant's, Prosecutor Nicole Albert, Motion for Enlargement of Time Within Which to File an Answer and Affirmative Defenses or otherwise respond to Plaintiff's Complaint, **IT IS HEREBY ORDERED**; that the Motion is granted and that Moving Defendant has ten (10) days from the date of this Order to file its Answer or Responsive Pleading.

By the Court:

_____