**GRAHAM CURTIN P.A.**
Four Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
Tel: (973) 292-1700 Fax: (973) 292-1767
Louis A. Mangione, Jr., Esq.

RECEIVED

APR 2 8 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JOSEPH DESLONDE, | Civil Action No. 09-3446 (JAP) |
| Plaintiff, |  |
| v. | **ORDER** |
| STATE OF NEW JERSEY; DONNA BALICK; ROBERT GROVER; DENNIS NIEVES; NICOLE ALBERT; MICHELE LIBRADO; and LOUIS MANGIONE, |  |
| Defendants. |  |

**THIS MATTER,** having been brought before the Court by Graham Curtin, P.A., attorneys for Defendant, Louis A. Mangione, Jr., Esq., for an Order dismissing the Plaintiff's Amended Complaint for failure to file an Affidavit of Merit in a timely manner pursuant to *N.J.S.A.* 2A:53A-27, and the Court having considered the papers filed in support thereof, and it appearing to the Court that good cause has been shown, *and with no opposition,*

IT IS on this _29_ day of _April_, 2010 hereby:

**ORDERED** that the Plaintiff's Amended Complaint is hereby dismissed, with prejudice, for failure to file an Affidavit of Merit in a timely manner pursuant to *N.J.S.A.* 2A:53A-27; and it is

924019_1

**FURTHER ORDERED** that a copy of this Order be served on all counsel of record within seven (7) days of the date hereof.

_____
~~J.S.C.~~

924019_1